# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 1, 2013

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Markeith Loyd, et al.
         v. United States
         No. 13-6663
         (Your No. 11-16079, 12-10690, 12-10951, 12-11576, 12-12552, 12-12704)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on September 25, 2013 and placed on the docket October 1, 2013 as No. 13-6663.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst